**Opinion issued February 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00333-CV

————————————

**ERPAD INTERNATIONAL CORPORATION, CARLOS DAVILA, ALMA DELIA DE LA VEGA & RAFAEL G. DE LA VEGA, Appellants**

**V.**

**JOSE MIGUEL DOMINGUEZ & RICARDO HENRIQUEZ, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-68248**

---

## MEMORANDUM OPINION

Appellants, Erpad International Corporation, Carlos Davila, Alma Delia de la Vega, and Rafael G. de la Vega, previously notified this Court that the parties had entered into a settlement agreement in this case. The appellees, Jose Miguel

Dominguez and Ricardo Henriquez, have now filed a cover letter and an "Agreed Order of Dismissal" signed by counsel for all parties. The proposed order states: "The parties having announced to the Court that they have settled, at the parties' request this appeal is hereby dismissed. Costs are taxed to the party incurring same." The Court construes this "Agreed Order of Dismissal", signed by counsel for all parties, as a motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.